435 A.2d 930

Commonwealth v. Gillespie, Appellant.

Petition for Allowance of Appeal Denied Nov. 20, 1981.

Submitted January 12, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

Judgment of sentence affirmed.

435 A.2d 930

Commonwealth v. Hartman, Appellant.

Petition for Allowance of Appeal Denied Feb. 25, 1982.

Argued March 16, 1981. Joseph Martone, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.